UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   4:18:CR00274 ERW PLC |
| ) | |
| MICHAEL RICHARDSON, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>RESTRAINING ORDER</u>**

This matter having come before the Court upon the Government's Motion for Entry of Restraining Order, pursuant to Title 18, United States Code, Section 982, which incorporates provisions of Title 21, United States Code, Section 853, and it appearing to the satisfaction of the Court that:

1. A Federal Grand Jury has returned an Indictment wherein that included an allegation that certain property would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), Title 18, United States Code, Section 982(a), or Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461(c), including but not limited to the following property:

(a) Real Property Known as 1380 Kimtu Road, Garberville, CA 95542, including all appurtenances and attachments thereon, more particularly described as follows:

> The northwest quarter of southeast quarter, the east half of southeast quarter, the north half of southwest quarter, the south half of northwest quarter, the northeast quarter of northwest quarter, and the northeast quarter of Section 35; and
> The west half of Section 36.
> All in Township 4 South of Range 3 East, Humboldt Meridian,

containing 800 acres more or less according to the official plats of United States Government Surveys.

EXCEPTING THEREFROM, however, the following:

(1)   That portion of the southeast quarter of southeast quarter of Section 35 and south half of southwest quarter of Section 36 lying south of the center of the channel of South Fork of Eel River.

(2)   That portion of the north half of southwest quarter of southwest quarter of Section 36 lying north of the center line of South Fork of Eel River.

(3)   The whole of south half of northwest quarter of southwest quarter of Section 36.

But INCLUDING therein that certain water right conveyed by GEORGE W. DOWELL to JOHN W. BOWDEN and being the right to take water by flume or pipe for agricultural or domestic purposes from real property owned by said GEORGE W. DOWELL situate in the east half of the northeast quarter of Section 3 and the west half of the northwest quarter of Section 2, Township 5 South, Range 3 East, Humboldt Meridian.

ALSO EXCEPTING THEREFROM:
PARCEL ONE: The Southeast Quarter of the Southeast Quarter of Section 35; and The Northeast Quarter of the Southwest Quarter of Section 36. ALL in Township 4 South, Range 3 East, Humboldt Meridian.

EXCEPTING from the Southeast Quarter of the Southeast Quarter of said Section 35, that portion thereof that lies southeasterly of the centerline of the South Fork of the Eel River.

ALSO EXCEPTING from the Southeast Quarter of the Southeast Quarter of said Section 35, that portion conveyed to Benbow Properties, a limited partnership, by deed from John W. Mitchell, recorded October 15, 1971, described as follows:

BEGINNING at the one-quarter corner on the south line of Section 35, Township 4 South, Range 3 East, Humboldt Base and Meridian, as shown in Book 22, page 112 of Surveys on file in the Recorder's Office, County of Humboldt;

thence North 87 degrees 26 minutes 46 seconds East 1447.42

feet to the east one-sixteenth corner on the south line of said Section 35, and the true point of beginning;

thence North 00 degrees 07 minutes 30 seconds East 1443.10 feet to the southeast one-sixteenth corner of said Section 35; thence North 89 degrees 18 minutes 44 seconds East 54.64 feet; thence South 00 degrees 59 minutes 30 seconds East 1440.28 feet; thence South 87 degrees 26 minutes 46 seconds West 82.79 feet to the true point of beginning.

ALSO EXCEPTING that portion of said land that lies Northerly of the following described line:

BEGINNING at a point that is on the easterly line of Parcel 1, as described in that certain deed from Benbow Properties, a limited partnership, to the County of Humboldt, recorded October 15, 1971, in Book 1108, Page 290 Official Records, Humboldt County, said point being North 54 degrees 00 minutes 41 seconds West 1707.61 feet from the southeast corner of Section 35, Township 4 South, Range 3 East, Humboldt Base and Meridian, as shown in Book 22, Page 112 of Surveys on file in the Recorder's Office, County of Humboldt;

thence South 70 degrees 48 minutes 30 seconds East 524.84 feet;
thence North 88 degrees 53 minutes 40 seconds East 896.29 feet;
thence North 55 degrees 38 minutes 00 seconds East 171.58 feet;
thence North 70 degrees 36 minutes 00 seconds East 158.94 feet;
thence North 21 degrees 07 minutes 30 seconds East 128.07 feet;
thence North 63 degrees 37 minutes 30 seconds East 147.48 feet;
thence North 35 degrees 06 minutes 00 seconds East 166.17 feet;
thence North 60 degrees 24 minutes 30 seconds East 135.12 feet;
thence North 29 degrees 30 minutes 00 seconds East 108.77 feet;
thence North 70 degrees 59 minutes 30 seconds East 122.59 feet;
thence North 36 degrees 48 minutes 30 seconds East 74.76 feet;
thence North 01 degrees 40 minutes 00 seconds East 201.37 feet;
thence North 38 degrees 08 minutes 30 seconds East 146.15 feet;
thence North 74 degrees 14 minutes 30 seconds East 154.52 feet;
thence South 79 degrees 00 minutes 30 seconds East 138.54 feet;
thence North 79 degrees 53 minutes 30 seconds East 98.01 feet;
thence South 72 degrees 20 minutes 00 seconds East 92.72 feet;
thence South 46 degrees 12 minutes 00 seconds East 127.29 feet;
thence North 86 degrees 44 minutes 20 seconds East 406.23 feet;
thence South 79 degrees 18 minutes 00 seconds East 96.06 feet;

    thence North 79 degrees 19 minutes 00 seconds East 318.36 feet;
    thence South 74 degrees 00 minutes 00 seconds East 112.00 feet;
    thence North 62 degrees 55 minutes 30 seconds East 60.00 feet;
    thence North 21 degrees 45 minutes 00 seconds East 136.00 feet;
    thence North 53 degrees 56 minutes 00 seconds East 145.00 feet.

    PARCEL TWO: A non-exclusive easement for ingress and egress over that portion of the Southeast Quarter of the Southeast Quarter of Section 35 and that portion of the Northeast Quarter of the Southwest Quarter of Section 36.
    ALL in Township 4 South, Range 3 East, Humboldt Meridian, described as follows:
    A strip of land of the uniform width of 20 feet, the southerly line of which is the northerly line of Parcel One above described.

(b) Real Property Known as 221 Fairway Drive, Garberville, CA 95542, including all appurtenances and attachments thereon, more particularly described as follows:

    Parcel One:
    That part of Section 31 of Township 4 South, Range 4 East, Humboldt Meridian, described as follows:
    Beginning at a point marked on the ground by a 1/4 inch iron pipe monument located 949.81 feet North and 800.81 feet East of the Southwest Quarter of said Section 31 and running thence North 24 degrees 35 minutes West, 143.15 feet to a 3/4 inch iron pipe monument;
    thence South 66 degrees 14 minutes West, 222.85 feet;
    thence South 27 degrees 50 minutes East, 154.79 feet;
    thence North 63 degrees 13 minutes East, 214.19 feet to the point of beginning.

    Parcel Two:
    A non-exclusive right of way for ingress and egress, 50 feet in width, the centerline of which is described as follows:
    Beginning at the monument at the intersection of Fairway Drive with Blue Rock Road as shown on the map of Tract 59 (Benbow Subdivision No. 2) on file in the Recorder's Office of Humboldt County in Book 15 of Maps, page 23; and running thence South 14 degrees 29 minutes 30 seconds East, 335.83 feet;
    thence South 11 degrees 56 minutes 30 seconds East, 574.55 feet.

    Parcel Three:
    A non-exclusive right of way for ingress and egress, 20 feet in width, the centerline of which is described as follows:
    Beginning at the Southerly terminus of the right of way described in Parcel Two

above; and running thence South 22 degrees 05 minutes East, 207 feet;
thence South 33 degrees 25 minutes 30 seconds East, 293.43 feet and South 22
degrees East about 115 feet to the Northerly line of the parcel of land conveyed to
Helen Benbow and Loleta Benbow by deed recorded November 4, 1963 in Book
760 of Official Records, Page 192.

(c) Real Property Known as 479 Kendall Court, Fortuna, CA 95540, including all

appurtenances and attachments thereon, more particularly described as follows:

Parcel One:
Lot 5 of Tract No. 602 as per Map recorded in Book 24 of Maps, Pages 55 and 56, Humboldt County Records.
Parcel Two:
A non-exclusive easement for postal delivery boxes over and across that portion of Lot 12 of said Tract No. 602 lying within Parcel "G" as shown on the Map of said Tract No. 602.

(d) 2010 Audi Q5 SUV, VIN: WA1LKAFP2AA086872;

(e) Real Property Known as 11316 Bellefontaine Road, St. Louis, MO 63138, including all

appurtenances and attachments thereon, more particularly described as follows:

Situated in the County of Saint Louis, State of Missouri described as Lot 11 and the North 25 feet of Lot 10 in Block 1 of Cumberland Park, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 34, Page 54 of the St. Louis County Records.

(f) Real Property Known as 3923 Degnan Blvd., Los Angeles, CA 90018, including all

appurtenances and attachments thereon, more particularly described as follows:

Lot 108 of Tract No. 9705, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 192, Pages to 12 10 inclusive of Maps, in the office of the county recorder of said county.

(g) Real Property Known as 7250 Hazelcrest Dr. #A, Hazelwood, MO 63042, including all

appurtenances and attachments thereon, more particularly described as follows:

Condominium Unit 469 in Building 32 of the Hazelcrest Condominium, Hazelwood, St. Louis County, Missouri, together with all appurtenances of the unit concerned, including but not limited to the undivided share of the common

  elements appurtenances thereto, all according to and more particularly described in the Hazelcreat Condominium Declaration and exhibits attached thereto dated October 21, 1964 filed in the Office of the Recorder of Deeds of St. Louis County, Missouri, on October 22, 1964 in book 5518, page 241 and according to the Plat thereof recorded on October 22, 1964 in Plat Book 113, Pages 8 to 21 inclusive and all subsequent amendments thereof.

(h) Real Property Known as 9226 Astoria Dr, Bellefontaine Neighbors, MO 63137, including all appurtenances and attachments thereon, more particularly described as follows:

  Lot 97 of Hathway Hills Plat No. 2, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat book 46 page 21 of St. Louis County Records.

(i) Real Property Known as 10528 Druid, Bellefontaine Neighbors, MO 63137, including all appurtenances and attachments thereon, more particularly described as follows:

  Lot 7 in Block 50 of Bissell Hills Plat No. 6, according to the Plat thereof recorded in Plat Book 57 page 7 of the St. Louis County records.

(j) Real Property Known as 1434 Reale Ave., St. Louis, MO 63138, including all appurtenances and attachments thereon, more particularly described as follows:

  The east 15 feet of Lot 10, all of Lot 11, and the west 9 feet of Lot 12 in Block 34 of the Northdale No. 2, a subdivision in St. Louis County, Missouri, as per plat thereof recorded in Plat Book 28 page 7 of St. Louis County Records.

(k) Real Property Known as 819 Bella Lane, Bellefontaine Neighbors, MO 63137, including all appurtenances and attachments thereon, more particularly described as follows:

  Lot 29 of Bella Hills, according to the plat thereof recorded in Plat book 75 page 1 of the St. Louis County Records.

(l) Real Property Known as 902 Drummond Drive, Ferguson, MO 63135, including all appurtenances and attachments thereon, more particularly described as follows:

      Lot 21 of Ferguson Hills Plat #2, according to the Plat thereof recorded in Plat book 58, page 23 of the St. louis County records, more commonly known as; 902 Drummond Drive, St. Louis, MO 63135.

(m) Real Property Known as 17345 Roselawn, Detroit, MI 48221, including all appurtenances and attachments thereon, more particularly described as follows:

      Lot 323, Santa Maria Park Subdivision, according to the Plat thereof as recorded in Liber 48, page 10 of Plats, Wayne County Records.

(n) Real Property Known as 824 W. 98th, Los Angeles, CA 90044, including all appurtenances and attachments thereon, more particularly described as follows:

      Lot 115 of tract no. 4854, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 53, page 41 of maps, in the Office of the County Recorder of said county.  Except that portion included within the lines of tract no. 9191, on map recorded in book 174 pages 43 to 46 inclusive of maps, in the Office of the County Recorder of said county.

(o) Real Property Known as 603 Northwood, Los Angeles, CA 90220, including all appurtenances and attachments thereon, more particularly described as follows:

      Lot 35 Tract No 12663 in the City of Compton, County of Los Angeles, State of California, as per map recorded in book 253 pages 3 and 4 of maps in the Office of the County Recorder of said county.  Except therefrom one-half of all gas, oil, or other hydrocarbons substances, but without right of entry, to develop or extract the same as reserved by Ella Taylor, in the deed recorded August 20, 1941 in book 18715 page 62 , official records.

(p) Real Property Known as 1005 Gladfield, St. Louis, MO 63138, including all appurtenances and attachments thereon, more particularly described as follows:

      Situated in the County of Saint Louis, State of Missouri, described as lot 12 of Sandy Hills Plat No.4, according to the plat thereof recorded in Plat Book 96 page 5 of the St. Louis County, Missouri, records, more commonly known as 1005 Gladfield Drive, St. Louis, Missouri 63138.

(q) Real Property Known as 14216 Langham, Westfield, IN 46074, including all appurtenances and attachments thereon, more particularly described as follows:

7

>Lot 44 in The Trails at Hayden Run, a subdivision in the City of Carmel in Hamilton County, Indiana as per plat thereof recorded October 21, 2005 as Instrument No. 200500069468 in the Office of the Recorder of Hamilton County, Indiana.

(r) Real Property Known as 11992 Jerries Lane, St. Louis, MO 63136, including all appurtenances and attachments thereon, more particularly described as follows:

>Lot 61 of Heatherton Plat 1, a subdivision of St. Louis County, Missouri, according to the Plat thereof recorded in Plat Book 129 pages 30 and 31 of the St. Louis County records.

(s) Real Property Known as 9242 Halls Ferry Road, St. Louis, MO 63136, including all appurtenances and attachments thereon, more particularly described as follows:

>Lot 63 of Hathaway Hills, a subdivision in the County of St. Louis, State of Missouri, according to the plat thereof recorded in Plat Book 45, page 43 of the St. Louis County Records.   Excepting therefrom that part conveyed to St. Louis County, Missouri by instrument recorded in Book 6280, Page 2134, more commonly known as 9242 Halls Ferry Road, Jennings, MO, 63136, Parcel Number 13F510770.

(t) Real Property Known as 9422 Altonwood, St. Louis, MO 63136, including all appurtenances and attachments thereon, more particularly described as follows:

>Lot 60 of Hathaway Hills #4, a subdivision in the county of St. Louis, state of Missouri, according to the Plat thereof recorded in Plat Book 53, page 9 of the St. Louis County records, more commonly known as 9422 Altonwood Drive, St. Louis, MO. 63136.

(u) Real Property Known as 7345 Hawthorne Ave, University City, MO 63130, including all appurtenances and attachments thereon, more particularly described as follows:

>Lot 85 of Rabe Park Plat #2, a subdivision in St. Louis County Missouri, according to the Plat thereof recorded in Plat book 51, page 22 of the St. Louis County records, more commonly known as; 7345 Hawthorne Avenue, St. Louis, Missouri 63130.

(v) Real Property Known as 2424 Petrova Ave., St. Louis, MO 63136, including all appurtenances and attachments thereon, more particularly described as follows:

> Lot 14 of Petrova Court, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 31 page 77 of the St. Louis County Records

(w) Real Property Known as 29 Chaminade Dr., Creve Coeur, MO 63141, including all appurtenances and attachments thereon, more particularly described as follows:

> Lot 29 of Chaminade Park, as per plat thereof recorded in Plat book 34, page 59 of the St. Louis County Records.

2. The Government has moved for an Order, pursuant to Title18, United States Code, Section 982, which incorporates provisions of Title 21, United States Code, Section 853(e), to preserve the availability of certain potentially forfeitable assets, more described fully below, and to prevent the alienation, encumbering or wasting of those assets;

3. Reasonable cause has been shown for the entry of a restraining order to preserve the property described above based upon the Indictment submitted by the Government;

It is, therefore, the order of this Court that this restraining order issue, to wit:

a. That any beneficiaries, designees, or trustees, their agents, servants, employees, attorneys, family members, or others having any interest or control over the property described above, shall not, without approval of this Court following notice to the Government and an opportunity for the Government to be heard, do any of the following with regard to the property described below:

> Alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of the property in any manner, directly or indirectly;
>
> Cause the property to be alienated, dissipated, transferred, sold, assigned, leased, encumbered, or disposed of in any manner;

Take, or cause to be taken, any action which could have the effect of concealing or moving the property from the jurisdiction of this Court, or that would have the effect of depreciating, damaging or in any way diminishing the value of the property.

b. It is further Ordered that if the property described above is transferred or disposed of by any means, the party or parties responsible for its disposal or transfer shall account to the Court for the disposition and location of the property, which may include the relinquishing of all proceeds obtained from any sale, auction, or other disposition.

c. It is further Ordered that, Defendants shall be served with a copy of this Order.

d. It is further Ordered that the Defendants will be permitted, in the alternative to the other provisions of this Order, to execute a performance bond found satisfactory to this Court, pursuant to Title 21, United States Code, Section 853(e)(1).

So Ordered, this 13th day of June, 2018.

_____
E. RICHARD WEBBER
Senior United States District Judge